IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11-CV-00153-RLV
(5:09-CR-00025-RLV-DCK-5)

| | |
|---|---|
| ANDERSON CONTRERAS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on consideration of Respondent's motion to dismiss Petitioner's Section 2255 motion for failure to state a claim for relief under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Pursuant to Roseboro v. Garrison, 528 F.2d 309, 310 (4th Cir. 1975), Petitioner is advised that he may file a response to Respondent's motion to dismiss, and that failure to do so may result in the Court granting Respondent's motion to dismiss this collateral proceeding with prejudice.

**IT IS, THEREFORE, ORDERED** that Petitioner shall have up to and including July 1, 2013, to file a response to the Government's motion to dismiss. (Doc. No. 8).

Signed: June 20, 2013

Richard L. Voorhees
United States District Judge